**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ERIC L. WALKER, II,**

      **Plaintiff,**

**v.**                                     **Case No. 1:25-cv-338-AW-HTC**

**J-PAY, LLC, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, a pro se prisoner, sued J-Pay, LLC, and a prison official. He alleges constitutional violations related to the alleged confiscation of his tablets. The magistrate judge screened the case and identified several defects with the complaint but gave Plaintiff an opportunity to amend. *See* ECF No. 10. Plaintiff filed an amended complaint, ECF No. 16, and the magistrate judge has issued a report and recommendation concluding the court should dismiss pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ECF No. 17.

Having considered the report and recommendation, and having considered de novo the issues Plaintiff raised in his objections (ECF No. 18), I now adopt the report and recommendation and incorporate it into this order. I agree with the magistrate judge that dismissal is appropriate.

In his objections, Plaintiff contends he has alleged a continuing violation. The magistrate judge correctly rejected this contention. *See* ECF No. 17 at 6 n.4. The

objection also contends Plaintiff had an ownership interest in the later-issued tablets. But Plaintiff had not plausibly alleged any such interest. The objections (ECF No. 18) are overruled.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim." The clerk will then close the file.

SO ORDERED on April 27, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2